**Zachary HAMLETT, Petitioner—Appellant,**

v.

**Daniel BRAXTON, Respondent—Appellee.**

No. 09–6621.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 3, 2009.

Decided: Oct. 1, 2009.

Zachary Hamlett, Appellant Pro Se.
Robert H. Anderson, III, Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before WILKINSON, NIEMEYER,
and DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Zachary Hamlett seeks to appeal the
district court's order denying his Fed.
R.Civ.P. 60(b) motion for reconsideration
of the district court's order denying relief
on his 28 U.S.C. § 2254 (2006) petition.
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1) (2006);
*Reid v. Angelone,* 369 F.3d 363, 369 (4th
Cir.2004). A certificate of appealability
will not issue absent "a substantial show-
ing of the denial of a constitutional right."
28 U.S.C. § 2253(c)(2) (2006). A prisoner
satisfies this standard by demonstrating
that reasonable jurists would find that any
assessment of the constitutional claims by
the district court is debatable or wrong
and that any dispositive procedural ruling
by the district court is likewise debatable.
*Miller–El v. Cockrell,* 537 U.S. 322, 336–
38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001).
We have independently reviewed the rec-
ord and conclude that Hamlett has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*